IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EDWARD BACHELDER, #1351914 | § | |
| VS. | § | CIVIL ACTION NO. 6:14cv150 |
| FELICIA S. HICKERSON, ET AL. | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed with prejudice for purposes of federal court proceedings pursuant to 28 U.S.C. § 1915A(b)(1), and that the complaint should be dismissed without prejudice to the extent that the Plaintiff may refile his negligence claim in state court. A copy of the Report and Recommendation was sent to Plaintiff. The docket sheet reflects that the Clerk's office received an acknowledgment of receipt of the Report and Recommendation but the acknowledgment was not dated. *See* Docket Entry # 11. Plaintiff has not responded or otherwise communicated with the Court.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.

Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 6th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE